IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:19CR3085 |
| vs. | |
| ELIO DANUBIO RAMIREZ LEMUS, | **ORDER** |
| Defendant. | |

IT IS ORDERED:

1) Defendant's motion to review the conditions of pretrial release, (Filing No. 30), is granted.

2) Defendant shall comply with all previously ordered terms and conditions of pretrial release except that he is now allowed to reside with his wife and children in Grand Island, Nebraska.

January 29, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge